# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH ANN BARNETT, | 1:08-cv-00371-OWW-SMS PC |
| Plaintiff, | ORDER RESOLVING MOTION<br>(Doc. 10) |
| v. | |
| SURYADEVARA, et al., | ORDER FOR PLAINTIFF TO COMPLETE PERSONAL SERVICE UPON DEFENDANTS, AND FILE PROOF OF SERVICE, WITHIN FORTY-FIVE DAYS |
| Defendants. | |

Plaintiff Judith Ann Barnett ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.[1] Plaintiff filed this action on March 14, 2008. (Doc. 1.) To date, no other party has made an appearance in this action.

On July 1, 2009, the court issued an order requiring Plaintiff to complete service upon defendants Iyer, Sikata, and Suryadevara pursuant to Rule 4 of the Federal Rules of Civil Procedure within one-hundred twenty days.[2] (Doc. 4.) On September 28, 2009, Plaintiff submitted evidence that she had served defendants by certified mail. (Doc. 10.) Defendants have not responded to the service, and Plaintiff requests further instructions from the court. Id. Plaintiff claims that "due to security regulations[, she] cannot access alternative methods of service." Id.

---

[1] Plaintiff also alleges a tort claim for medical malpractice under California law.

[2] On March 14, 2008, Plaintiff paid the filing fee in full for initiating this action. Because Plaintiff is not proceeding in forma pauperis, it is Plaintiff's responsibility to effect service of the Summons and Complaint.

1

1          Plaintiff is advised to refer to the court's July 1, 2009 order.  (Doc. 4.)  The order provided
2  Plaintiff with a copy of Rule 4 and instructed Plaintiff to personally serve the defendants if they fail
3  to return the waiver of service forms and have not made an appearance in this action.  <u>Id.</u> at 2:17-25.
4  Pursuant to the order, Plaintiff should review Rule 4(e)(2), which addresses how personal service
5  may be affected, and arrange for personal service by a person who is not a party to this action and
6  who is at least eighteen years old.  <u>Id.</u>   Each defendant must be personally served with a summons,
7  a copy of the complaint, a copy of the consent to Magistrate jurisdiction form, and a copy of this
8  order.  After the service is complete, Plaintiff must file proof of personal service at the court for each
9  of the defendants.

10          Plaintiff does not explain, and the court does not understand, how "security regulations"
11  would prevent her from arranging for personal service.  Plaintiff may wish to hire a process server
12  to assist her.

13          In accordance with the above, IT IS HEREBY ORDERED that:

14    1.    The Clerk is directed to issue and send Plaintiff three (3) summonses for defendants
15          Iyer, Sikata, and Suryadevara.
16    2.    The Clerk is further directed to send Plaintiff:
17          a)    One (1) copy of the Complaint filed March 14, 2008 (Doc. 1.);
18          b)    One (1) copy of the form entitled "Consent to Proceed Before United States
19                Magistrate Judge" with instructions; and
20          c)    One (1) copy of Rule 4 of the Federal Rules of Civil Procedure
21    3.    Within **forty-five (45) days** of the date of service of this order, Plaintiff shall
22          complete personal service on Defendants Iyer, Sikata, and Suryadevara and file proof
23          of service with the court.  Plaintiff shall serve a copy of this order and a copy of the
24          form "Consent to Proceed Before United States Magistrate Judge" on defendants at
25          the time of service of the summons and complaint.
26    4.    Should Plaintiff require an extension of time or further assistance from the court,
27          Plaintiff should file a written request with the court before the expiration of the forty-
28          five day period; and

     5.     Plaintiff's failure to timely complete service of the complaint on defendants Suryadevara, Iyer, and Sikata may result in dismissal of this action. Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

**Dated:   December 22, 2009**                    /s/ Sandra M. Snyder
                                                                 UNITED STATES MAGISTRATE JUDGE