# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH ANN BARNETT,<br><br>    Plaintiff,<br><br>    v.<br><br>SURYADEVARA, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:08-cv-00371-OWW-SMS PC<br><br>ORDER ASSIGNING ACTION TO THE UNITED STATES MAGISTRATE JUDGE PURSUANT TO APPENDIX A(K)(4) OF THE LOCAL RULES<br><br>(Doc. 12) |

    This is a civil rights action filed by Plaintiff Judith Ann Barnett, a state prisoner proceeding pro se. Plaintiff consented to Magistrate Judge jurisdiction on November 23, 2009, and no other party has appeared in the action. Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, this action shall be assigned to the United States Magistrate Judge to conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

    Accordingly, it is HEREBY ORDERED that:

1. This action is assigned to the United States Magistrate Judge for all purposes within the meaning of 28 U.S.C. § 636(c);

2. The Clerk of the Court is directed to assign this action in its entirety to the United States Magistrate Judge; and

///

///

3. The new case number shall be 1:08-cv-00371-SMS PC.

IT IS SO ORDERED.

**Dated:     July 14, 2010**                            **/s/ Oliver W. Wanger**
                                                                     UNITED STATES DISTRICT JUDGE

2