# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH ANN BARNETT,<br><br>        Plaintiff,<br><br>    v.<br><br>SURYADEVARA, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:08-cv-00371-AWI-SKO PC<br><br>ORDER REQUIRING DEFENDANTS TO FILE STIPULATION TO DISMISS WITHOUT PREJUDICE OR OTHERWISE RESPOND TO PLAINTIFF'S REQUEST FOR DISMISSAL<br><br>(Doc. 39)<br><br>TEN-DAY DEADLINE |

    Plaintiff Judith Ann Barnett, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 14, 2008. On January 11, 2012, Plaintiff filed a notice of voluntary dismissal. At this stage in the proceedings, this action cannot be voluntarily dismissed based on Plaintiff's notice and in the absence of a court order, unless a stipulation to dismiss is signed by all parties. Fed. R. Civ. P. 41(a)(1)(A).

    Accordingly, within **ten (10) days** from the date of service of this order, Defendants shall either (1) file a notice of stipulation to the dismissal of this action without prejudice, as Plaintiff requests, or (2) file a response setting forth the grounds for not stipulating to Plaintiff's request and/or stating what alternative relief is sought.

IT IS SO ORDERED.

**Dated:   January 12, 2012**          /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE