# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH ANN BARNETT,<br><br>            Plaintiff,<br><br>       v.<br><br>SURYADEVARA, et al.,<br><br>            Defendants. | CASE NO. 1:08-cv-00371-AWI-SKO PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO THE PARTIES' STIPULATION TO DISMISS, WITHOUT PREJUDICE<br><br>(Doc. 41) |

   Plaintiff Judith Ann Barnett, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 14, 2008.  On January 11, 2012, Plaintiff filed a notice of voluntary dismissal, and on January 18, 2012, the parties filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

   Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to the parties' stipulation to dismiss the action, without prejudice, filed on January 18, 2012.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:   January 24, 2012

                                                    CHIEF UNITED STATES DISTRICT JUDGE

1