1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9   JUDITH ANN BARNETT,                          CASE NO. 1:08-cv-00371-AWI-SKO PC

10                          Plaintiff,           ORDER DIRECTING CLERK OF THE COURT
                                                 TO CLOSE THIS CASE PURSUANT TO THE
11        v.                                     PARTIES' STIPULATION TO DISMISS,
                                                 WITHOUT PREJUDICE
12   SURYADEVARA, et al.,
                                                 (Doc. 41)
13                          Defendants.
                                            /
14

15        Plaintiff Judith Ann Barnett, a state prisoner proceeding pro se, filed this civil rights action

16   pursuant to 42 U.S.C. § 1983 on March 14, 2008.  On January 11, 2012, Plaintiff filed a notice of

17   voluntary dismissal, and on January 18, 2012, the parties filed a notice of voluntary dismissal

18   pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

19        Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to

20   the parties' stipulation to dismiss the action, without prejudice, filed on January 18, 2012.  Fed. R.

21   Civ. P. 41(a)(1)(A)(ii).

22

23   IT IS SO ORDERED.

24

Dated:    January 24, 2012        _____

25                                           CHIEF UNITED STATES DISTRICT JUDGE

26
27
28

1